IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dawkins, Mechelle M

Printed: 6/10/08

Case Number: 06 B 00214
Judge: Goldgar, A. Benjamin
Filed: 1/10/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 18, 2008
Confirmed: April 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 27,041.00 |  |
| Secured: |  | 23,721.28 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,924.91 |
| Trustee Fee: |  | 1,394.80 |
| Other Funds: |  | 0.01 |
| Totals: | 27,041.00 | 27,041.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,650.00 | 1,924.91 |
| 2. | Countrywide Home Loans Inc. | Secured | 27,087.25 | 19,795.24 |
| 3. | Capital One Auto Finance | Secured | 16,515.41 | 3,926.04 |
| 4. | Countrywide Home Loans Inc. | Secured | 9,996.86 | 0.00 |
| 5. | United Consumer Financial Srv | Unsecured | 456.62 | 0.00 |
| 6. | IDES | Unsecured | 280.15 | 0.00 |
| 7. | Specialized Management Consultants | Unsecured | 99.26 | 0.00 |
| 8. | America's Financial Choice Inc | Unsecured | 585.94 | 0.00 |
| 9. | Sprint Nextel | Unsecured | 175.93 | 0.00 |
| 10. | Capital One Auto Finance | Unsecured | 0.12 | 0.00 |
| 11. | FCNB Master Trust | Unsecured | 756.84 | 0.00 |
| 12. | Nicor Gas | Unsecured | 280.88 | 0.00 |
| 13. | Wow Internet | Unsecured | 39.08 | 0.00 |
| 14. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | AT&T | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | Charter One Bank | Unsecured |  | No Claim Filed |
| 19. | America OnLine | Unsecured |  | No Claim Filed |
| 20. | First Payday Loan | Unsecured |  | No Claim Filed |
| 21. | First Choice Home Care Med. | Unsecured |  | No Claim Filed |
| 22. | MCI | Unsecured |  | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 24. | SBC | Unsecured |  | No Claim Filed |
| 25. | Talk America | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Dawkins, Mechelle M | Case Number: 06 B 00214 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 6/10/08 | Filed: 1/10/06 |

| 26. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 27. | JP Morgan Chase Bank | Unsecured |  | No Claim Filed |

$ 58,924.34          $ 25,646.19

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 322.90 |
| 5% | 222.75 |
| 4.8% | 427.68 |
| 5.4% | 421.47 |
|  | $ 1,394.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____